**APLDIST, APPEAL, OPENAP, NOCLOSE**

# U.S. Bankruptcy Court
## MIDDLE DISTRICT OF TENNESSEE (Nashville)
### Bankruptcy Petition #: 3:19-bk-07235

*Date filed:*   11/06/2019
*341 meeting:*   12/02/2019

*Assigned to:* Charles M Walker
Chapter 7
Voluntary
Asset

| | |
|---|---|
| *Debtor*<br>**CUMMINGS MANOOKIAN, PLLC**<br>45 MUSIC SQUARE WEST<br>NASHVILLE, TN 37203<br>DAVIDSON-TN<br>Tax ID / EIN: 47-2636732 | represented by **LEFKOVITZ AND LEFKOVITZ,**<br>**PLLC**<br>618 CHURCH ST STE 410<br>NASHVILLE, TN 37219<br>615 256-8300<br>Fax : 615 255-4516<br>Email: slefkovitz@lefkovitz.com |
| *Trustee*<br>**JEANNE ANN BURTON**<br>Jeanne Ann Burton PLLC<br>4117 Hillsboro Pk<br>Suite 103-116<br>NASHVILLE, TN 37215<br>615 678-6960 | represented by **PHILLIP G YOUNG**<br>Thompson Burton PLLC<br>One Franklin Park<br>6100 Tower Circle, Suite 200<br>FRANKLIN, TN 37067<br>615-465-6008<br>Fax : 931-381-0058<br>Email: phillip@thompsonburton.com |
| *U.S. Trustee*<br>**US TRUSTEE**<br>OFFICE OF THE UNITED STATES<br>TRUSTEE<br>701 BROADWAY STE 318<br>NASHVILLE, TN 37203-3966<br>615 736-2254 | represented by **MEGAN REED SELIBER**<br>US Trustee's Office<br>701 Broadway<br>Suite 318<br>Nashville, TN 37203<br>615-736-2254<br>Email: megan.seliber@usdoj.gov |

| Filing Date | # | Docket Text |
|---|---|---|
| 11/06/2019 | 1<br>(10 pgs) | Chapter 7 Voluntary Petition for Non-Individuals. Fee Amount is **$335.00.** Schedule A/B due 11/20/2019. Summary of Assets and Liabilities due 11/20/2019. Incomplete Filings due by 11/20/2019. (LEFKOVITZ AND LEFKOVITZ, PLLC) (Entered: 11/06/2019) |

| | | |
|---|---|---|
| 11/06/2019 | 2 (1 pg) | First Meeting of Creditors and Notice of Appointment of Interim Trustee - Meeting on 12/02/2019 at 10:00 AM at Customs House, 701 Broadway, Room 100, Nashville, TN 37203. JEANNE ANN BURTON, is appointed Interim Trustee and designated to preside at the meeting of creditors unless the appointment is rejected within five days. Trustee is deemed covered under existing panel blanket bond until liquid assets exceed $720,000. Absent election of a Trustee pursuant to 11 U.S.C. Section 341(a), Interim Trustee shall serve as Trustee without further appointment or qualification under the same bond. (admin, ) (Entered: 11/06/2019) |
| 11/09/2019 | 3 (2 pgs) | BNC Certificate of Notice. (RE: related document(s) 2 Meeting (AutoAssign Chapter 7b)) Notice Date 11/09/2019. (Admin.) (Entered: 11/09/2019) |
| 11/11/2019 | 4 | **Receipt of Voluntary Petition** (Chapter 7)(3:19-bk-07235) [misc,volp7] ( 335.00). Receipt number 15924719. Fee amount **$335.00.** (re:Doc# 1) (U.S. Treasury) (Entered: 11/11/2019) |
| 11/14/2019 | 5 (2 pgs) | Notice of Appearance and Request for Service pursuant to Rule 2002 Filed on the behalf of: Creditors D.F. Chase, Inc., Sandra Chase, Dean Chase. (PURYEAR, DANIEL) (Entered: 11/14/2019) |
| 11/18/2019 | 6 (9 pgs) | Application and Notice to Employ Thompson Burton PLLC as Attorney. *(Special Counsel)* If timely response hearing will be held on 12/17/2019 at 09:00 AM at Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. Responses due by 12/9/2019. Certificate of Service mailed on 11/18/19. Filed on the behalf of: Trustee JEANNE ANN BURTON. (YOUNG, PHILLIP) (Entered: 11/18/2019) |
| 11/19/2019 | 7 (2 pgs) | Amended Schedule(s) Schedule E/F. Fee Amount is $31.00 Filed on the behalf of: Debtor CUMMINGS MANOOKIAN, PLLC (LEFKOVITZ AND LEFKOVITZ, PLLC) (Entered: 11/19/2019) |
| | 8 (2 pgs) | *Debtor's* Notice *of Amendment to Schedule F* Filed on the behalf of: Debtor CUMMINGS MANOOKIAN, PLLC (RE: related document(s)7). |

| 11/19/2019 | | (LEFKOVITZ AND LEFKOVITZ, PLLC) (Entered: 11/19/2019) |
|---|---|---|
| 11/19/2019 | 🔘 9 (9 pgs) | Original Schedule(s) Schedule A/B,Schedule G,Schedule H, Filed on the behalf of: Debtor CUMMINGS MANOOKIAN, PLLC (LEFKOVITZ AND LEFKOVITZ, PLLC) (Entered: 11/19/2019) |
| 11/19/2019 | 🔘 10 (8 pgs) | Statement of Financial Affairs for Non-Individual Filed on the behalf of: Debtor CUMMINGS MANOOKIAN, PLLC (LEFKOVITZ AND LEFKOVITZ, PLLC) (Entered: 11/19/2019) |
| 11/20/2019 | 11 | Receipt of Amended Schedule(s)(3:19-bk-07235) [misc,amdsch] ( 31.00). Receipt number 15949871. Fee amount $ 31.00. (re:Doc# 7) (U.S. Treasury) (Entered: 11/20/2019) |
| 12/03/2019 | 🔘12 | Meeting of Creditors Held as Scheduled. (BURTON, JEANNE) (Entered: 12/03/2019) |
| 12/04/2019 | 🔘 13 (2 pgs) | Notice of Appearance and Request for Service pursuant to Rule 2002 Filed on the behalf of: Creditors Phillip Family Medical Associates, George Robertson, M.D., Middle Tennessee Pulmonary, Toby Smith, M.D.. (NORTH, PHILLIP) (Entered: 12/04/2019) |
| 12/09/2019 | 🔘 14 (3 pgs) | Objection to (6 Application and Notice to Employ - BK Motion) Certificate of Service mailed on 12-9-2019. Hearing will be held on 12/17/2019 at 09:00 AM at Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. Filed on the behalf of: Interested Party BRIAN MANOOKIAN (RE: related document(s)6). (jmw) (Entered: 12/09/2019) |
| 12/13/2019 | 🔘 15 (2 pgs) | Exhibit and Witness List Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)6, 14). (YOUNG, PHILLIP) (Entered: 12/13/2019) |
| 12/17/2019 | 🔘 16 (3 pgs) | *Supplemental* Brief/Memorandum in Support of *Application of Trustee to Employ Special Counsel* Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)6, 14). (YOUNG, PHILLIP) (Entered: 12/17/2019) |
| | | |

| | | |
|---|---|---|
| 12/19/2019 | 🔵 17 (1 pg) | Witness and Exhibit List from trial or Hearing *Hearing Held 12/17/19* (RE: related document(s)6 Application and Notice to Employ - BK Motion, 14 Objection (Hearing)) (lel) (Entered: 12/19/2019) |
| 12/19/2019 | 🔵 18 (3 pgs) | *Brian Manookian's Supplemental Reply/* Response to *(In Opposition of)* Trustee's Motion to Employ Special Counsel. Filed on the behalf of: Interested Party BRIAN MANOOKIAN (RE: related document(s)6, 14). (anm) (Entered: 12/19/2019) |
| 12/20/2019 | 🔵 19 (8 pgs; 2 docs) | *Trustee's* Response to *Brian Manookian's Supplemental Reply*. (Attachments: # 1 Exhibit A) Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)6, 14, 18). (YOUNG, PHILLIP) (Entered: 12/20/2019) |
| 12/20/2019 | 🔵 | Email Judge Charles M. Walker of Late Filed Matter. Certificate of Service Mailed on 12/20/19. Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)19). (YOUNG, PHILLIP) (Entered: 12/20/2019) |
| 12/20/2019 | 🔵 20 (2 pgs) | Order *Regarding Trustee's Application and Notice to Employ Thompson Burton PLLC as Special Counsel for the Estate and Allowing the Trustee Until December 24, 2019 to File Supplemental Application and Supporting Affidavit to Specifically Detail the Scope of Work and Provide Details and Full Disclosure of Any Current or Potential Conflicts that May Exist.* (RE: Related Doc#: 6, 14, 15, 16, 17, 18, 19). Signed on 12/20/2019. (sdt) (Entered: 12/20/2019) |
| 12/21/2019 | 🔵 21 (74 pgs; 8 docs) | *Supplemental* Brief/Memorandum in Support of *Application of Trustee to Employ Special Counsel* (Attachments: # 1 Exhibit 1 (Receivership Motion) # 2 Exhibit 2 (Receivership Order) # 3 Exhibit 3 (TRO) # 4 Exhibit 4 (Agreed Order re TRO) # 5 Exhibit 5 (Order to Deposit Funds Into Court) # 6 Exhibit 6 (Second TRO) # 7 Exhibit 7 (Injunction)) Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)6, 20). (YOUNG, PHILLIP) (Entered: 12/21/2019) |
| | 🔵 | Email Judge Charles M. Walker of Late Filed Matter. Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)21). |

| 12/21/2019 | | (YOUNG, PHILLIP) (Entered: 12/21/2019) |
|---|---|---|
| 12/22/2019 | 22 (3 pgs) | BNC Certificate of Notice. (RE: related document(s) 20 Order) Notice Date 12/22/2019. (Admin.) (Entered: 12/22/2019) |
| 12/23/2019 | 23 (2 pgs) | Order Granting *Trustee's* Application to Employ *Thompson Burton PLLC as Special Counsel and Overruling Objection* (RE: Ref Doc #6) ( Related Doc #14, 16, 18, 19, 21), BY THE COURT: Judge Charles M. Walker (anm) (Entered: 12/23/2019) |
| 12/23/2019 | 24 (5 pgs) | *Brian Manookian's Request for Leave to Respond in Opposition and* Objection to (6 Application and Notice to Employ - BK Motion, 14 Objection (Hearing), 20 Order, 21 Brief/Memorandum - BK) Certificate of Service mailed on 12/23/2019. Filed on the behalf of: Interested Party BRIAN MANOOKIAN (RE: related document(s)6, 14, 20, 21). (anm) (Entered: 12/23/2019) |
| 12/23/2019 | | Email Judge Charles M. Walker of Late Filed Matter. Filed on the behalf of: Interested Party BRIAN MANOOKIAN (RE: related document(s) 24). (jmw) (Entered: 12/23/2019) |
| 12/25/2019 | 25 (3 pgs) | BNC Certificate of Notice. (RE: related document(s) 23 Application to Employ - BK Order) Notice Date 12/25/2019. (Admin.) (Entered: 12/26/2019) |
| 12/26/2019 | 26 (1 pg) | Order Denying *Brian Manookian's Request for Leave to Respond* (RE: Related Doc#: 21, 23, 24). Signed on 12/26/2019. (anm) (Entered: 12/26/2019) |
| 12/28/2019 | 27 (2 pgs) | BNC Certificate of Notice. (RE: related document(s) 26 Order Denying - SA Order) Notice Date 12/28/2019. (Admin.) (Entered: 12/28/2019) |
| 01/02/2020 | 28 (1 pg) | Trustee's Notice of Assets & Request for Notice to Creditors Deadline to file Proof of Claim is 4/1/2020.. (BURTON, JEANNE) (Entered: 01/02/2020) |
| 01/05/2020 | 29 (2 pgs) | BNC Certificate of Notice. (RE: related document(s) 28 Trustee's Notice of Assets) Notice Date 01/05/2020. (Admin.) (Entered: 01/05/2020) |

| | | |
|---|---|---|
| 01/08/2020 | 🔵 30 (20 pgs; 2 docs) | Adversary case 3:20-ap-90002. Complaint by Jeanne Ann Burton against Hagh Law PLLC, Afsoon Hagh, Manookian PLLC, First-Citizens Bank and Trust Company. Fee Amount is $350.00. Filed By Trustee, Fees will be deferred. Jeanne Ann Burton. (Attachments: # 1 Appendix AP Cover Sheet) Nature of Suit: (13 (Recovery of money/property - 548 fraudulent transfer), 11 (Recovery of money/property - 542 turnover of property)) (YOUNG, PHILLIP) (Entered: 01/08/2020) |
| 01/24/2020 | 🔵 31 (2 pgs) | Notice of Appearance and Request for Service pursuant to Rule 2002 Filed on the behalf of: Creditor Grant, Konvalinka & Harrison, P.C.. (CASH, HARRY) (Entered: 01/24/2020) |
| 01/28/2020 | 🔵 32 (4 pgs) | *Trustee's* Motion and Notice to Compel *Turnover of Records* Filed on the behalf of: Trustee JEANNE ANN BURTON. (YOUNG, PHILLIP) (Entered: 01/28/2020) |
| 01/28/2020 | 🔵 33 (1 pg) | Notice of Hearing on Motion and Notice to Compel - BK Motion- *Turnover of Records - All responses due by 2/7/20 at 5:00 p.m.* Hearing scheduled 2/11/2020 at 09:00 AM at Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. (RE: related document(s)32) (lel) (Entered: 01/28/2020) |
| 01/30/2020 | 🔵 34 (3 pgs) | BNC Certificate of Notice. (RE: related document(s) 33 Notice of Hearing) Notice Date 01/30/2020. (Admin.) (Entered: 01/31/2020) |
| 01/31/2020 | 🔵 35 (26 pgs) | Motion For Sanctions for Violation of the Automatic Stay Certificate of Service mailed on 1/31/2020. Filed on the behalf of: Trustee JEANNE ANN BURTON. (BURTON, JEANNE) (Entered: 01/31/2020) |
| 01/31/2020 | 🔵 36 (2 pgs) | Notice of Appearance and Request for Service pursuant to Rule 2002 Filed on the behalf of: Interested Parties Afsoon Hagh, Hagh Law, PLLC. (GABBERT, CRAIG) (Entered: 01/31/2020) |
| | 🔵 37 | Order Continuing Hearing Re: (related document(s): 32 Motion and Notice to Compel - BK Motion filed by JEANNE ANN BURTON, 33 Notice of Hearing) **Hearing has been rescheduled for 02/18/2020 at** |

| | | |
|---|---|---|
| 02/03/2020 | | **10:00 AM in Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.** Hearing rescheduled due to scheduling conflict. Response deadline remains 2/7/20 at 5:00 p.m. (lel) (Entered: 02/03/2020) |
| 02/03/2020 | 38 (1 pg) | Notice of Hearing on Motion for Sanctions for Violation of the Automatic Stay - BK Motion-Hearing scheduled 2/18/2020 at 10:00 AM at Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. (RE: related document(s)35) (lel) (Entered: 02/03/2020) |
| 02/04/2020 | 39 (2 pgs) | Notice of Appearance and Request for Service pursuant to Rule 2002 Filed on the behalf of: Interested Parties Afsoon Hagh, Hagh Law, PLLC. (ROSE, GLENN) (Entered: 02/04/2020) |
| 02/05/2020 | 40 (2 pgs) | BNC Certificate of Notice. (RE: related document(s) 38 Notice of Hearing) Notice Date 02/05/2020. (Admin.) (Entered: 02/06/2020) |
| 02/07/2020 | 41 (3 pgs) | *Brian Manookian's* Response to *Trustee's Motion to Compel*. Filed on the behalf of: Interested Party BRIAN MANOOKIAN (RE: related document(s) 32). (anm) (Entered: 02/07/2020) |
| 02/07/2020 | 42 (1 pg) | *Debtor's* Response to *Trustee's Motion and Notice to Compel Turnover of Records*. Filed on the behalf of: Debtor CUMMINGS MANOOKIAN, PLLC (RE: related document(s)32, 41). (LEFKOVITZ AND LEFKOVITZ, PLLC) (Entered: 02/07/2020) |
| 02/07/2020 | 43 (2 pgs) | Submitted Agreed Order Filed on the behalf of: Interested Parties Afsoon Hagh, Hagh Law, PLLC (RE: related document(s)35, 38). (GABBERT, CRAIG) (Entered: 02/07/2020) |
| 02/12/2020 | 44 (2 pgs) | *Joint* Motion to Continue Hearing On (Related Document(s): 32 Motion and Notice to Compel - BK Motion filed by Trustee JEANNE ANN BURTON, 41 Response filed by Interested Party BRIAN MANOOKIAN, 42 Response filed by Debtor CUMMINGS MANOOKIAN, PLLC) Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)32, 41, 42). (YOUNG, PHILLIP) (Entered: 02/12/2020) |

| | | |
|---|---|---|
| 02/12/2020 | 🔵 <u>45</u><br>(2 pgs) | Submitted Agreed Order *Continuing Hearing on Trustee's Motion to Compel Turnover of Records* Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)<u>44</u>). (YOUNG, PHILLIP) (Entered: 02/12/2020) |
| 02/13/2020 | 🔵 <u>46</u><br>(2 pgs) | *Agreed* Order Mooting *Trustee's* Motion for Sanctions for Violation of the Automatic Stay (RE: Ref Doc #<u>35</u>), BY THE COURT: Judge Charles M. Walker (anm) (Entered: 02/13/2020) |
| 02/13/2020 | 🔵 <u>47</u><br>(2 pgs) | *Agreed* Order *for* Continuance of Hearing *on Trustee's Motion to Compel Turnover of Records* (RE: Related Doc#: <u>32</u>, <u>44</u>). **Hearing has been rescheduled for 3/3/2020 at 09:00 AM in Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.** Signed on 2/13/2020. (anm) (Entered: 02/13/2020) |
| 02/15/2020 | 🔵 <u>48</u><br>(3 pgs) | BNC Certificate of Notice. (RE: related document(s) <u>46</u> Order on Motion for Sanctions for Violation of the Automatic Stay - BK Order) Notice Date 02/15/2020. (Admin.) (Entered: 02/15/2020) |
| 02/15/2020 | 🔵 <u>49</u><br>(3 pgs) | BNC Certificate of Notice. (RE: related document(s) <u>47</u> Order to Continue Hearing) Notice Date 02/15/2020. (Admin.) (Entered: 02/15/2020) |
| 02/27/2020 | 🔵 <u>50</u><br>(1 pg) | Notice of Appearance and Request for Service pursuant to Rule 2002 Filed on the behalf of: U.S. Trustee US TRUSTEE. (SELIBER, MEGAN) (Entered: 02/27/2020) |
| 03/02/2020 | 🔵 <u>51</u><br>(2 pgs) | Motion to Continue Hearing On (Related Document (s): <u>32</u> Motion and Notice to Compel - BK Motion filed by Trustee JEANNE ANN BURTON) Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)<u>32</u>). (YOUNG, PHILLIP) (Entered: 03/02/2020) |
| 03/02/2020 | 🔵 <u>52</u><br>(2 pgs) | Submitted Order *Continuing Hearing on Trustee's Motion to Compel Turnover of Records* Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)<u>51</u>). (YOUNG, PHILLIP) (Entered: 03/02/2020) |
| | 🔵 <u>53</u><br>(2 pgs) | Order *Granting* Continuance of Hearing *on Trustee's Motion to Compel Turnover of Records* (RE: Related |

| | | |
|---|---|---|
| 03/04/2020 | | Doc#: [32](#), [51](#)). **Hearing has been rescheduled for 3/24/2020 at 09:15 AM in Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.** Signed on 3/4/2020. (anm) (Entered: 03/04/2020) |
| 03/06/2020 | 🔵[54](#)<br>(3 pgs) | BNC Certificate of Notice. (RE: related document(s) [53](#) Order to Continue Hearing) Notice Date 03/06/2020. (Admin.) (Entered: 03/06/2020) |
| 03/10/2020 | 🔵[55](#)<br>(3 pgs) | Submitted Agreed Order *for turnover* Filed on the behalf of: Trustee JEANNE ANN BURTON. (BURTON, JEANNE) (Entered: 03/10/2020) |
| 03/11/2020 | 🔵[56](#)<br>(3 pgs) | *Agreed* Order Granting Turnover of Property. Re: *Funds in the Amount of $23,637.22, Held by the Receiver, to the Trustee.* Signed on 3/11/2020. (anm) (Entered: 03/11/2020) |
| 03/13/2020 | 🔵[57](#)<br>(6 pgs) | Application and Notice to Employ Larry Williams, CPA as Accountant. If timely response hearing will be held on 4/14/2020 at 09:00 AM at Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. Responses due by 4/3/2020. Certificate of Service mailed on 3/13/2020. Filed on the behalf of: Trustee JEANNE ANN BURTON. (BURTON, JEANNE) (Entered: 03/13/2020) |
| 03/13/2020 | 🔵[58](#)<br>(4 pgs) | BNC Certificate of Notice. (RE: related document(s) [56](#) Order on Turnover of Property - BK Order (SA)) Notice Date 03/13/2020. (Admin.) (Entered: 03/14/2020) |
| 03/17/2020 | 🔵[59](#)<br>(2 pgs) | Motion to Continue Hearing On (Related Document (s): [32](#) Motion and Notice to Compel - BK Motion filed by Trustee JEANNE ANN BURTON) Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)[32](#)). (YOUNG, PHILLIP) (Entered: 03/17/2020) |
| 03/17/2020 | 🔵[60](#)<br>(2 pgs) | Submitted Order *Continuing Hearing on Trustee's Motion to Compel Turnover of Records* Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)[59](#)). (YOUNG, PHILLIP) (Entered: 03/17/2020) |
| | 🔵[61](#)<br>(2 pgs) | Order *Granting* Continuance of Hearing *on Trustee's Motion to Compel Turnover of Records* (RE: Related |

| | | |
|---|---|---|
| 03/18/2020 | | Doc#: 32, 59). **Hearing has been rescheduled for 4/21/2020 at 01:00 PM in Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.** Signed on 3/18/2020. (anm) (Entered: 03/18/2020) |
| 03/20/2020 | 62 (3 pgs) | BNC Certificate of Notice. (RE: related document(s) 61 Order to Continue Hearing) Notice Date 03/20/2020. (Admin.) (Entered: 03/21/2020) |
| 04/07/2020 | 63 (1 pg) | Submitted Order *to employ Accountant* Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)57). (BURTON, JEANNE) (Entered: 04/07/2020) |
| 04/07/2020 | 64 (1 pg) | Submitted Order *amended order to employ Accountant to show corrected effective date* Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)57, 63). (BURTON, JEANNE) (Entered: 04/07/2020) |
| 04/10/2020 | 65 (1 pg) | Clerk's Remark - The related document has the following defect(s): Order Not Processed.. - Amended Order submitted dkt #64. (RE: related document(s)63 Submitted Order *to employ Accountant* Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)57).) (lel) (Entered: 04/10/2020) |
| 04/13/2020 | 66 (1 pg) | *Amended* Order Granting *Trustee's* Application to Employ *Larry Williams, CPA, as Accountant for the Trustee* (RE: Ref Doc #57), BY THE COURT: Judge Charles M. Walker (anm) (Entered: 04/13/2020) |
| 04/14/2020 | 67 (1 pg) | Motion to Continue Hearing On (Related Document(s): 32 Motion and Notice to Compel - BK Motion filed by Trustee JEANNE ANN BURTON) Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)32). (YOUNG, PHILLIP) (Entered: 04/14/2020) |
| 04/14/2020 | 68 (2 pgs) | Submitted Order *Granting Motion to Continue Hearing on Motion to Compel* Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)67). (YOUNG, PHILLIP) (Entered: 04/14/2020) |

| | | |
|---|---|---|
| 04/15/2020 | 🔵 69 (2 pgs) | Order *Granting* Continuance of Hearing *on Trustee's Motion to Compel Turnover of Records. Hearing will take place telephonically (Phone number 888-363-4749 Access Code 7250422) pursuant to Judge Walker's CH7 & 11 Tuesday Docket Procedures after March 25, 2020 located on the Court's website at: http://www.tnmb.uscourts.gov/coronavirus-disease-covid-19-information-relating-court-operations-intake-department-closed-public* (RE: Related Doc#: 32, 67). **Hearing has been rescheduled for 5/19/2020 at 10:15 AM in Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.** Signed on 4/15/2020. (anm) (Entered: 04/15/2020) |
| 04/15/2020 | 🔵 70 (2 pgs) | BNC Certificate of Notice. (RE: related document(s) 66 Application to Employ - BK Order) Notice Date 04/15/2020. (Admin.) (Entered: 04/16/2020) |
| 04/17/2020 | 🔵 71 (3 pgs) | BNC Certificate of Notice. (RE: related document(s) 69 Order to Continue Hearing) Notice Date 04/17/2020. (Admin.) (Entered: 04/17/2020) |
| 04/23/2020 | 🔵 72 (5 pgs) | Trustee's Interim Report period ending 3/31/2020.. (BURTON, JEANNE) (Entered: 04/23/2020) |
| 04/27/2020 | 🔵 73 (11 pgs; 2 docs) | Motion and Notice for Compromise and Settlement *TRUSTEES MOTION TO APPROVE FEE AND EXPENSE DIVISION AMONG DEBTOR AND CUMMINGS LAW LLC.* If timely response hearing will be held on 5/26/2020 at 09:00 AM at Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. Responses due by 5/18/2020. (Attachments: # 1 Appendix Mailing Matrix) Filed on the behalf of: Trustee JEANNE ANN BURTON. (YOUNG, PHILLIP) (Entered: 04/27/2020) |
| 05/15/2020 | 🔵 74 (1 pg) | Motion to Continue Hearing On (Related Document (s): 32 Motion and Notice to Compel - BK Motion filed by Trustee JEANNE ANN BURTON) Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)32). (YOUNG, PHILLIP) (Entered: 05/15/2020) |
| | 🔵 75 (2 pgs) | Submitted Order *Continuing Hearing on Trustee's Motion to Compel Turnover of Records* Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: |

| | | |
|---|---|---|
| 05/15/2020 | | related document(s)74). (YOUNG, PHILLIP) (Entered: 05/15/2020) |
| 05/18/2020 | 🔵 76 (2 pgs) | Order *Granting* Continuance of Hearing *on Trustee's Motion to Compel Turnover of Records* (RE: Related Doc#: 74). **Hearing has been rescheduled for 6/30/2020 at 10:15 AM in Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.** Signed on 5/18/2020. (anm) (Entered: 05/18/2020) |
| 05/18/2020 | 🔵 77 (3 pgs) | Objection to *Trustee's Motion to Approve Fee and Expense Division Among Debtor and Cummings Law, LLC*. Filed on the behalf of: Creditor Grant, Konvalinka & Harrison, P.C. (RE: related document(s)73). (CASH, HARRY) (Entered: 05/18/2020) |
| 05/19/2020 | 🔵 78 (1 pg) | Clerk's Remark - The related document has the following defect(s): Document submitted under incorrect event.. (RE: related document(s)77 Objection to *Trustee's Motion to Approve Fee and Expense Division Among Debtor and Cummings Law, LLC*. Filed on the behalf of: Creditor Grant, Konvalinka & Harrison, P.C. (RE: related document(s)73).) (lel) (Entered: 05/19/2020) |
| 05/19/2020 | 🔵 79 | Hearing Set - (Objection) *Objection to Trustee's Motion to Approve Fee and Expense Division Among Debtor and Cummings Law, LLC* Hearing scheduled 5/26/2020 at 10:00 AM at Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. (RE: related document(s)77 Objection) (lel) (Entered: 05/19/2020) |
| 05/20/2020 | 🔵 80 (3 pgs) | BNC Certificate of Notice. (RE: related document(s) 76 Order to Continue Hearing) Notice Date 05/20/2020. (Admin.) (Entered: 05/20/2020) |
| 05/22/2020 | 🔵 81 (1 pg) | Motion to Continue Hearing On (Related Document (s): 73 Motion and Notice for Compromise and Settlement - BK Motion filed by Trustee JEANNE ANN BURTON, 77 Objection filed by Creditor Grant, Konvalinka & Harrison, P.C.) Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)73, 77). (YOUNG, PHILLIP) (Entered: 05/22/2020) |
| | 🔵 82 | Expedited Submitted Order *Continuing Hearing on* |

| | | |
|---|---|---|
| 05/22/2020 | (2 pgs) | *Trustee's Motion to Approve Expense Division Among Debtor and Cummings Law LLC* Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)81). (YOUNG, PHILLIP) (Entered: 05/22/2020) |
| 05/26/2020 | 83 (2 pgs) | *Expedited* Order *Granting* Continuance of Hearing *on Trustee's Motion to Approve Fee and Expense Division Among Debtor and Cummings Law LLC. Hearing Scheduled via AT&T Teleconference (Phone Number: 888-363-4749; Access Code: 7250422)* (RE: Related Doc#: 73, 77, 81). **Hearing has been rescheduled for 6/9/2020 at 10:00 AM in Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.** Signed on 5/26/2020. (anm) (Entered: 05/26/2020) |
| 05/28/2020 | 84 (4 pgs) | BNC Certificate of Notice. (RE: related document(s) 83 Order to Continue Hearing) Notice Date 05/28/2020. (Admin.) (Entered: 05/28/2020) |
| 06/09/2020 | 85 (3 pgs) | Submitted Order *Approving Fee and Expense Division Among Debtor and Cummings Law LLC* Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)73). (YOUNG, PHILLIP) (Entered: 06/09/2020) |
| 06/10/2020 | 86 (3 pgs) | Order Granting *Trustee's* Motion for Compromise and Settlement *and Approving Fee and Expense Division Among Debtor and Cummings Law LLC* (RE: Ref Doc #73) ( Related Doc #77), BY THE COURT: Judge Charles M. Walker (anm) (Entered: 06/10/2020) |
| 06/12/2020 | 87 (5 pgs) | BNC Certificate of Notice. (RE: related document(s) 86 Compromise/Settlement - BK Order) Notice Date 06/12/2020. (Admin.) (Entered: 06/12/2020) |
| 06/29/2020 | 88 (1 pg) | Motion to Continue Hearing On (Related Document (s): 32 Motion and Notice to Compel - BK Motion filed by Trustee JEANNE ANN BURTON) Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)32). (YOUNG, PHILLIP) (Entered: 06/29/2020) |
| | 89 (2 pgs) | Expedited Submitted Order *Granting Motion to Continue Hearing on Motion to Compel* Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: |

| | | |
|---|---|---|
| 06/29/2020 | | related document(s)88). (YOUNG, PHILLIP) (Entered: 06/29/2020) |
| 06/29/2020 | 🔵 90 (2 pgs) | Order *Granting* Continuance of Hearing *on Trustee's Motion to Compel Turnover of Records. Hearing Shall be Held Via Telephonic Conference (Phone Number: 888-363-4749, Access Code 7250422#)* (RE: Related Doc#: 32, 88). **Hearing has been rescheduled for 8/18/2020 at 10:15 AM in Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.** Signed on 6/29/2020. (anm) (Entered: 06/29/2020) |
| 07/01/2020 | 🔵 91 (4 pgs) | BNC Certificate of Notice. (RE: related document(s) 90 Order to Continue Hearing) Notice Date 07/01/2020. (Admin.) (Entered: 07/01/2020) |
| 08/18/2020 | 🔵 92 (3 pgs) | Submitted Order *Compelling Turnover of Documents* Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)32). (YOUNG, PHILLIP) (Entered: 08/18/2020) |
| 08/19/2020 | 🔵 93 (3 pgs) | Order Granting *Trustee's* Motion to Compel *Turnover of Documents* (RE: Ref Doc # 32), BY THE COURT: Judge Charles M. Walker (anm) (Entered: 08/19/2020) |
| 08/21/2020 | 🔵 94 (4 pgs) | BNC Certificate of Notice. (RE: related document(s) 93 Order to Compel - BK Order) Notice Date 08/21/2020. (Admin.) (Entered: 08/21/2020) |
| 03/15/2021 | 🔵 95 | Receipt of Certification fees - $77.00 by KH. Receipt Number 626023. (admin) (Entered: 03/15/2021) |
| 03/15/2021 | 🔵 96 | Receipt of Copy fees - $3.50 by KH. Receipt Number 626023. (admin) (Entered: 03/15/2021) |
| 04/28/2021 | 🔵 97 (4 pgs) | Trustee's Interim Report period ending 3/31/2021. (BURTON, JEANNE) (Entered: 04/28/2021) |
| | 🔵 98 (6 pgs) | Objection and Notice of: Objection to Claim 3 by Claimant North, Pursell & Ramos, PLC, on behalf of Family Medical Associates, a/k/a Family Medical, P.C. in the amount of $40,827.48. . Filed By: JEANNE ANN BURTON on behalf of Jeanne Ann Burton PLLC. If timely response hearing will |

| | | |
|---|---|---|
| 05/18/2021 | | be held on 6/25/2021 at 11:00 AM via AT&T Conference Line using Call-In Number 1-888-363-4749 and Access Code 7250422#. Responses due by 6/17/2021. (BURTON, JEANNE) (Entered: 05/18/2021) |
| 05/18/2021 | 99 (6 pgs) | Objection and Notice of: Objection to Claim 4 by Claimant North, Pursell & Ramos, PLC, on behalf of Toby Smith, M.D. and Middle TN Pulmonary Assoc. in the amount of $54,220.02. . Filed By: JEANNE ANN BURTON on behalf of Jeanne Ann Burton PLLC. If timely response hearing will be held on 6/25/2021 at 11:00 AM via AT&T Conference Line using Call-In Number 1-888-363-4749 and Access Code 7250422#. Responses due by 6/17/2021. (BURTON, JEANNE) (Entered: 05/18/2021) |
| 05/18/2021 | 100 (6 pgs) | Objection and Notice of: Objection to Claim 6 by Claimant Ronette Leal McCarthy, Esq. in the amount of $0.00. . Filed By: JEANNE ANN BURTON on behalf of Jeanne Ann Burton PLLC. If timely response hearing will be held on 6/25/2021 at 11:00 AM via AT&T Conference Line using Call-In Number 1-888-363-4749 and Access Code 7250422#. Responses due by 6/17/2021. (BURTON, JEANNE) (Entered: 05/18/2021) |
| 05/18/2021 | 101 (2 pgs) | Withdrawal of Claim(s): 1 Filed By: MICHAEL G ABELOW on behalf of INSBANK. (ABELOW, MICHAEL) (Entered: 05/18/2021) |
| 06/17/2021 | 102 (3 pgs) | Response to Objection to (98 Objection and Notice of Objection for Claim, 99 Objection and Notice of Objection for Claim) Certificate of Service mailed on June 17, 2021. Hearing will be held on 6/25/2021 at 11:00 AM via AT&T Conference Line using Call-In Number 1-888-363-4749 and Access Code 7250422#. Filed on the behalf of: Creditor Phillip Family Medical Associates (RE: related document(s)98, 99). (NORTH, PHILLIP) (Entered: 06/17/2021) |
| | 103 (2 pgs) | Motion to Continue Hearing On (Related Document(s): 98 Objection and Notice of Objection for Claim filed by Attorney Jeanne Ann Burton PLLC, 99 Objection and Notice of |

| | | |
|---|---|---|
| 06/22/2021 | | Objection for Claim filed by Attorney Jeanne Ann Burton PLLC, 102 Objection (Hearing) filed by Creditor Phillip Family Medical Associates) Certificate of Service mailed on 6/22/21. Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)98, 99, 102). (YOUNG, PHILLIP) (Entered: 06/22/2021) |
| 06/22/2021 | 🔵 104 (2 pgs) | Expedited Submitted Order *Continuing Hearing on Trustee's Objection to Claims 3 and 4* Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)103). (YOUNG, PHILLIP) (Entered: 06/22/2021) |
| 06/22/2021 | 🔵 | Email Judge Charles M. Walker of Late Filed Matter. Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)103, 104). (YOUNG, PHILLIP) (Entered: 06/22/2021) |
| 06/22/2021 | 🔵 105 (2 pgs) | Order *Granting* Continuance of Hearing *on Trustee's Objection to Claim Numbers 3 and 4* (RE: Related Doc#: 98, 99, 102, 103). **Hearing has been rescheduled for 7/21/2021 at 11:00 AM Telephonically. The call-in number is 1-888-363-4749; Access Code is 7250422# for Judge Walker.** Signed on 6/22/2021. (jmw) (Entered: 06/22/2021) |
| 06/24/2021 | 🔵 106 (4 pgs) | BNC Certificate of Notice. (RE: related document(s)105 Order to Continue Hearing) Notice Date 06/24/2021. (Admin.) (Entered: 06/24/2021) |
| 06/29/2021 | 🔵 107 (2 pgs) | Notice *of Extension of Time to Respond to Chapter 7 Trustee's Objection to Claim Number 6 Filed by Ronette Leal McCarthy* Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)100). (YOUNG, PHILLIP) (Entered: 06/29/2021) |
| | 🔵 108 (19 pgs; 3 docs) | Motion and Notice for Compromise and Settlement . If timely response hearing will be held on 8/11/2021 at 11:00 AM via AT&T Conference Line using Call-In Number 1-888-363-4749 and Access Code 7250422#. Responses due by 7/27/2021. (Attachments: # 1 Exhibit A # 2 Appendix Mailing Matrix) Certificate of Service mailed on 7/6/21. Filed on the behalf of: Trustee JEANNE ANN BURTON. (YOUNG, PHILLIP) |

| 07/06/2021 | | (Entered: 07/06/2021) |
|---|---|---|
| 07/19/2021 | 109 (3 pgs) | Submitted Agreed Order *Resolving Chapter 7 Trustee's Objection to Claim Numbers 3 and 4* Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)98, 99). (YOUNG, PHILLIP) (Entered: 07/19/2021) |
| 07/20/2021 | 110 (4 pgs) | Submitted Agreed Order *Resolving Chapter 7 Trustee's Objection to Claim Number 6 Filed by Ronette Leal McCarthy, Esq.* Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)100). (YOUNG, PHILLIP) (Entered: 07/20/2021) |
| 07/27/2021 | 111 (15 pgs; 2 docs) | Objection to *Trustee's Motion to Approve Compromise and Settlement*. (Attachments: # 1 Exhibit 1) Filed on the behalf of: Creditor Grant, Konvalinka & Harrison, P.C. (RE: related document(s)108). (KONVALINKA, JOHN) (Entered: 07/27/2021) |
| 07/27/2021 | 112 (31 pgs; 4 docs) | Objection to (108 Motion and Notice for Compromise and Settlement - BK Motion) Certificate of Service mailed on 7/6/2021. Hearing will be held on 8/11/2021 at 11:00 AM. The call-in number is 1-888-363-4749; Access Code is 7250422# for Judge Walker. (Attachments: # 1 Exhibit COA Opinion - Chase # 2 Exhibit "Walk-Away" Offer Letter # 3 Exhibit COA - Denial of Chase Petition for Rehearing) Filed on the behalf of: Interested Party BRIAN MANOOKIAN (RE: related document(s)108). (SPRAGENS, JOHN) (Entered: 07/27/2021) |
| 07/28/2021 | 113 (1 pg) | Clerk's Remark - The related document has the following defect(s): Document submitted under incorrect event.. - LBR 9013 Response docketed without entering hearing information. (RE: related document(s)111 Objection to *Trustee's Motion to Approve Compromise and Settlement*. (Attachments: # 1 Exhibit 1) Filed on the behalf of: Creditor Grant, Konvalinka & Harrison, P.C. (RE: related document(s)108).) (lel) (Entered: 07/28/2021) |
| | 114 | Hearing Set - (Objection) *Objection to Trustee's Motion to Approve Compromise and Settlement*. |

| | | |
|---|---|---|
| 07/28/2021 | | **Hearing scheduled 8/11/2021 at 11:00 AM. The call-in number is 1-888-363-4749; Access Code is 7250422# for Judge Walker.** (RE: related document(s)111 Objection) (lel) (Entered: 07/28/2021) |
| 08/04/2021 | 🔘 115 (3 pgs) | *Agreed* Order To Disallow Claim(s) *as to North, Pursell & Ramos, PLC, on Behalf of Family Medical Associates a/k/a Family Medical, P.C. and Toby Smith, M.D. and Middle TN Pulmonary Associates and Resolving Chapter 7 Trustee's Objection to Claim Numbers* 3,4 (RE: Related Doc#: 98, 99, 102). Signed on 8/4/2021. (anm) (Entered: 08/04/2021) |
| 08/04/2021 | 🔘 116 (4 pgs) | *Agreed* Order Resolving *Chapter 7 Trustee's* Objection to Claim(s) 6 *Filed by Ronette Leal McCarthy, Esq.* (Ref Doc # 100) BY THE COURT: Judge Charles M. Walker. (anm) (Entered: 08/04/2021) |
| 08/05/2021 | 🔘 117 (2 pgs) | Motion to Continue Hearing On (Related Document(s): 108 Motion and Notice for Compromise and Settlement - BK Motion filed by Trustee JEANNE ANN BURTON, 111 Objection filed by Creditor Grant, Konvalinka & Harrison, P.C., 112 Objection (Hearing) filed by Interested Party BRIAN MANOOKIAN) Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)108, 111, 112). (YOUNG, PHILLIP) (Entered: 08/05/2021) |
| 08/05/2021 | 🔘 118 (2 pgs) | Submitted Agreed Order *Continuing Hearing on Motion to Approve Compromise and Settlement* Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)117). (YOUNG, PHILLIP) (Entered: 08/05/2021) |
| 08/06/2021 | 🔘 119 (5 pgs) | BNC Certificate of Notice. (RE: related document (s)115 Order To Disallow Claim - BK Order (SA)) Notice Date 08/06/2021. (Admin.) (Entered: 08/06/2021) |
| 08/06/2021 | 🔘 120 (6 pgs) | BNC Certificate of Notice. (RE: related document (s)116 Order on Objection for Claim) Notice Date 08/06/2021. (Admin.) (Entered: 08/06/2021) |
| | 🔘 121 | *Agreed* Order *Granting Trustee's Motion for* |

| | | |
|---|---|---|
| 08/09/2021 | (2 pgs) | Continuance of Hearing *on Trustee's Motion to Approve Compromise and Settlement*. (RE: Related Doc#: 108, 111, 112, 117). **Hearing has been rescheduled for 9/17/2021 at 11:00 AM; via Zoom video for Nashville; For details please see www.tnmb.uscourts.gov.** Signed on 8/9/2021. (anm) (Entered: 08/09/2021) |
| 08/11/2021 | 🔘 122 (4 pgs) | BNC Certificate of Notice. (RE: related document (s)121 Order to Continue Hearing) Notice Date 08/11/2021. (Admin.) (Entered: 08/11/2021) |
| 09/10/2021 | 🔘 123 (18 pgs; 4 docs) | Notice *of Filing Supplement to Manookian Objection to Proposed Chase Claim and Settlement* (Attachments: # 1 Exhibit Tennessee Supreme Court Order Denying Permission to Appeal # 2 Exhibit Chase Motion to Stay # 3 Exhibit Manookian Motion for Partial Summary Judgment) Filed on the behalf of: Interested Party BRIAN MANOOKIAN (RE: related document(s)108, 112). (SPRAGENS, JOHN) (Entered: 09/10/2021) |
| 09/14/2021 | 🔘 124 (157 pgs; 3 docs) | *Trustee's* Response to *Objection of Grant, Konvalinka & Harrison, PC to Trustee's Motion to Approve Compromise and Settlement*. (Attachments: # 1 Exhibit A # 2 Exhibit B) Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)111). (YOUNG, PHILLIP) (Entered: 09/14/2021) |
| 09/14/2021 | 🔘 125 (186 pgs; 4 docs) | *Trustee's* Response to *Brian Manookian's Objection to Proposed Chase Claim and Settlement*. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document (s)112, 123). (YOUNG, PHILLIP) (Entered: 09/14/2021) |
| 09/14/2021 | 🔘 | Email Judge Charles M. Walker of Late Filed Matter. Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)124, 125). (YOUNG, PHILLIP) (Entered: 09/14/2021) |
| | 🔘 126 (2 pgs) | *Trustee's* Exhibit and Witness List *for September 17, 2021 Hearing on Trustee's Motion to Approve Compromise and Settlement* Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)108, 111, 112, 114 , 121, 123, 124, |

| | | |
|---|---|---|
| 09/15/2021 | | [125]). (YOUNG, PHILLIP) (Entered: 09/15/2021) |
| 09/15/2021 | 🔘 [127]<br>(3 pgs) | Exhibit and Witness List *for September 17, 2021 Hearing on Trustee's Motion to Approve Compromise and Settlement* Filed on the behalf of: Interested Party BRIAN MANOOKIAN (RE: related document(s)[108], [112], [123], [125]). (SPRAGENS, JOHN) (Entered: 09/15/2021) |
| 09/17/2021 | 🔘 128 | Order Continuing Hearing Re: (related document(s): [121] Order to Continue Hearing **Hearing has been rescheduled for 09/29/2021 at 01:00 PM; via Zoom video for Nashville; For details please see www.tnmb.uscourts.gov.** (lel) (Entered: 09/17/2021) |
| 09/22/2021 | 🔘 [129]<br>(2 pgs) | Submitted Agreed Order *Regarding Hearing on Trustee's Motion to Approve Compromise and Settlement* Filed on the behalf of: Trustee JEANNE ANN BURTON. (YOUNG, PHILLIP) (Entered: 09/22/2021) |
| 09/22/2021 | 🔘 [130]<br>(2 pgs) | Order *Granting* Continuance of Hearing *on Trustee's Motion to Approve Compromise and Settlement* (RE: Related Doc#: 128 ). **Hearing has been rescheduled for 9/29/2021 at 01:00 PM; via Zoom video for Nashville; For details please see www.tnmb.uscourts.gov.** Signed on 9/22/2021. (kmw) (Entered: 09/22/2021) |
| 09/23/2021 | 🔘 [131]<br>(7 pgs) | *Trustee's* Motion for *Approval of Participation fo Phillip Young at September 29, 2021 Hearing.* Filed on the behalf of: Trustee JEANNE ANN BURTON. (YOUNG, PHILLIP) (Entered: 09/23/2021) |
| 09/23/2021 | 🔘 [132]<br>(2 pgs) | Expedited Submitted Order *Approving Participation of Phillip Young at September 29, 2021 Hearing* Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)[131]). (YOUNG, PHILLIP) (Entered: 09/23/2021) |
| 09/23/2021 | 🔘 | Email Judge Charles M. Walker of Late Filed Matter. Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)[131]). (YOUNG, PHILLIP) (Entered: 09/23/2021) |

| | | |
|---|---|---|
| 09/24/2021 | 🔵 133 | Hearing Set - (Response) *Trustee's Response to Objection of Grant, Konvalinka & Harrison, PC to Trustee's Motion to Approve Compromise and Settlement.* **Hearing scheduled 9/29/2021 at 01:00 PM; via Zoom video for Nashville; For details please see www.tnmb.uscourts.gov.** (RE: related document(s)124 Response) (lel) (Entered: 09/24/2021) |
| 09/24/2021 | 🔵 134 | Hearing Set - (Response) *Trustee's Response to Brian Manookian's Objection to Proposed Chase Claim and Settlement.* **Hearing scheduled 9/29/2021 at 01:00 PM; via Zoom video for Nashville; For details please see www.tnmb.uscourts.gov.** (RE: related document(s)125 Response) (lel) (Entered: 09/24/2021) |
| 09/24/2021 | 🔵 135 (1 pg) | Order *Setting Forth Procedures for Hearing on the Trustee's Motion for Compromise and Settlement.* (RE: Related Doc#: 108, 111, 112, 123, 124, 125). Signed on 9/24/2021. (anm) (Entered: 09/24/2021) |
| 09/24/2021 | 🔵 136 (7 pgs) | *Trustee's* Motion for *To Strike Brian Manookian's Objection and to Preclude His Participation in the September 29, 2021 Hearing for Lack of Standing.* Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)112, 123). (YOUNG, PHILLIP) (Entered: 09/24/2021) |
| 09/24/2021 | 🔵 | Email Judge Charles M. Walker of Late Filed Matter. Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)136). (YOUNG, PHILLIP) (Entered: 09/24/2021) |
| 09/24/2021 | 🔵 137 (2 pgs) | *Trustee's* Exhibit and Witness List *for September 29, 2021 Hearing on Trustee's Motion to Approve Compromise and Settlement* Filed on the behalf of: Trustee JEANNE ANN BURTON. (YOUNG, PHILLIP) (Entered: 09/24/2021) |
| 09/24/2021 | 🔵 138 (1 pg) | Notice of Hearing on Motion - BK Motion. *Trustee's Motion for To Strike Brian Manookian's Objection and to Preclude His Participation in the September 29, 2021 Hearing for Lack of Standing.* **Hearing scheduled 9/29/2021 at 01:00 PM; via Zoom video for Nashville; For details please see www.tnmb.uscourts.gov.** (RE: related document(s)136) (lel) (Entered: 09/24/2021) |

| | | |
|---|---|---|
| 09/24/2021 | 🔵 139<br>(3 pgs) | Exhibit and Witness List *for September 29, 2021 Hearing on Trustee's Motion to Approve Compromise and Settlement* Filed on the behalf of: Interested Party BRIAN MANOOKIAN (RE: related document(s) 128 , 130, 135). (SPRAGENS, JOHN) (Entered: 09/24/2021) |
| 09/24/2021 | 🔵 140<br>(4 pgs) | BNC Certificate of Notice. (RE: related document (s)130 Order to Continue Hearing) Notice Date 09/24/2021. (Admin.) (Entered: 09/24/2021) |
| 09/26/2021 | 🔵 141<br>(3 pgs) | BNC Certificate of Notice. (RE: related document (s)138 Notice of Hearing) Notice Date 09/26/2021. (Admin.) (Entered: 09/26/2021) |
| 09/26/2021 | 🔵 142<br>(3 pgs) | BNC Certificate of Notice. (RE: related document (s)135 Order) Notice Date 09/26/2021. (Admin.) (Entered: 09/26/2021) |
| 09/27/2021 | 🔵 143<br>(2 pgs) | Exhibit and Witness List *for September 29, 2021 Hearing* Filed on the behalf of: Creditor Grant, Konvalinka & Harrison, P.C. (RE: related document(s)135). (KONVALINKA, JOHN) (Entered: 09/27/2021) |
| 09/27/2021 | 🔵 144<br>(3 pgs) | Response to *Trustee's Motion to Strike Brian Manookian's Objection and to Preclude His Participation in the September 29, 2021 Hearing for Lack of Standing*. Filed on the behalf of: Interested Party BRIAN MANOOKIAN (RE: related document(s)136). (SPRAGENS, JOHN) (Entered: 09/27/2021) |
| 09/30/2021 | 🔵 145<br>(1 pg) | Witness and Exhibit List from trial or Hearing *Hearing Held 9/29/2021* (RE: related document(s) 136 Motion - BK Motion, 138 Notice of Hearing) (lel) (Entered: 09/30/2021) |
| 10/01/2021 | 🔵 146<br>(4 pgs) | Submitted Order *Granting Motion to Approve Compromise and Settlement and Finding that Brian Manookian Lacks Standing* Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)108, 136). (YOUNG, PHILLIP) (Entered: 10/01/2021) |
| | 🔵 147<br>(4 pgs) | Order Granting *Trustee's* Motion for Compromise and Settlement *and Finding that Brian Manookian Lacks Standing*. (RE: Ref Doc #108) ( Related Doc |

| | | |
|---|---|---|
| 10/01/2021 | | #111, 112, 123, 124, 125, 136, 144), BY THE COURT: Judge Charles M. Walker. (anm) (Entered: 10/01/2021) |
| 10/03/2021 | 148 (6 pgs) | BNC Certificate of Notice. (RE: related document (s)147 Compromise/Settlement - BK Order) Notice Date 10/03/2021. (Admin.) (Entered: 10/03/2021) |
| 10/14/2021 | 149 (3 pgs) | Notice of Appeal and Statement of Election to District Court. Fee Amount is $298.00. Appellant Designation due by 10/28/2021. Filed on the behalf of: Interested Party BRIAN MANOOKIAN (RE: related document(s)147). (SPRAGENS, JOHN) (Entered: 10/14/2021) |
| 10/14/2021 | 150 | Receipt of Notice or Amended Notice of Appeal and Statement of Election(3:19-bk-07235) [appeal,ntcapl] ( 298.00). Receipt number 17240536. Fee amount $ 298.00. (re:Doc# 149) (U.S. Treasury) (Entered: 10/14/2021) |